NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GUADALUPE LOPEZ, JR.,**

*Claimant-Appellant*

**v.**

**TODD HUNTER, Acting Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1165

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-1933, Judge Amanda L. Meredith.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Guadalupe Lopez, Jr. has filed an appeal seeking review of an order of the United States Court of Appeals for Veterans Claims granting the Secretary of Veterans Affairs's motion for an extension of time to file his brief. With that case still pending before that court, the Secretary now moves to waive the requirements of Federal Circuit Rule

27(f) and dismiss this appeal.  Mr. Lopez opposes the motion.

Under 38 U.S.C. § 7292(a), we have exclusive jurisdiction over a "decision" of the Court of Appeals for Veterans Claims."  Consistent with longstanding traditions of the federal courts system and to help "avoid unnecessary piecemeal appellate review," our cases have "generally declined to review non-final orders of the Veterans Court," *Williams v. Principi*, 275 F.3d 1361, 1363–64 (Fed. Cir. 2002) (citations omitted), which includes an order granting an extension of time.  We see no basis to depart from that approach here.  Mr. Lopez may seek this court's review by filing a timely notice of appeal after a final decision has been entered in his case.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  All other pending motions are denied as moot.

(3)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 31, 2025
Date